

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS, LLC**, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

On October 19, 2022, this Court issued an opinion granting the parties' joint motion to dismiss this appeal. Accordingly, the motion for abatement filed by Appellee Koza Home Solutions LLC is DENIED AS MOOT.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court